**ORIGINAL**

FILED
JUN 1 0 2010
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SCOTT B. GANN, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant | ) ) |

No. 10-359 T

## COMPLAINT

Plaintiff, Scott B. Gann, by and through the undersigned counsel, files this Complaint against Defendant, The United States, and alleges as follows:

1. Plaintiff is an individual whose principal place of residence is located at 4803 Shady Knolls Dr., Parker, Texas 75002.

2. Defendant may be served by the Clerk of this Court by delivering copies of this Complaint to the Honorable Eric H. Holder, Jr., Attorney General of the United States, 10th St. and Constitution Ave., N.W., Washington, D.C. 20530.

3. This is a civil action against the United States for the recovery of the trust fund recovery penalty erroneously and illegally assessed against and collected from Plaintiff in the total amount of $467.00, or such other amount as in law and in fact is recoverable.

4. This Court has jurisdiction herein pursuant to 28 U.S.C. §1346.

5. Defendant claims that Plaintiff is liable for the trust fund recovery penalty pursuant to 26 U.S.C. §6672 for Humanity Capital, Inc.

6. Plaintiff is not a responsible person or willful pursuant to 26 U.S.C. §6672 with respect to taxes withheld from the wages of employees of Humanity Capital, Inc., and

not paid over to the United States.

7. Within two years after the penalty described in paragraph 3 was collected from Plaintiff, Plaintiff filed a timely claim for refund and request for abatement on or about February 9, 2010, with the Internal Revenue Service Center in Austin, Texas. Plaintiff's claim for refund and request for abatement is incorporated herein by reference. The claim for refund and request for abatement was disallowed by the Internal Revenue Service Technical Services Advisory Group Manager, Dallas, Texas, by letter dated May 21, 2010, and two years have not elapsed since the taking of such action.

8. Defendant has refused and continues to refuse to refund the penalty claimed by Plaintiff; and, for the reasons set out in Plaintiff's claim for refund and request for abatement, Plaintiff is entitled to and hereby demands judgment against Defendant for the full sum of $467.00, together with statutory interest.

WHEREFORE, Plaintiff prays for judgment against Defendant in the amount of $467.00, or such other amount to which he is entitled in law and in fact, together with interest thereon according to law, for costs, attorneys' fees and such other and further relief as may be just and appropriate in the premises.

Respectfully submitted,

**TOWNSEND & JONES, L.L.P.**

Dated: June 9, 2010

By /s/ Lawrence R. Jones, Jr.
Lawrence R. Jones, Jr.
8100 Lomo Alto, Suite 238
Dallas, Texas 75225
(214) 696-2661
(214) 764-3320 (Fax)

**ATTORNEYS FOR PLAINTIFF**