IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT B. GANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-359 T |
| | ) | Senior Judge Eric G. Bruggink |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Karen M. Groen, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Karen M. Groen, Esquire
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Post Office Box 26
> Ben Franklin Station
> Washington, D. C.  20044

Dated: June 18, 2010

>   s/ Karen M. Groen
> KAREN M. GROEN
> Trial Attorney
> Justice Department (Tax)
> Court of Federal Claims Section
> (301) 307-0508
> Fax: (202) 514-9440