# In the United States Court of Federal Claims

No. 10-359 T

**SCOTT B. GANN**

    v.

**UNITED STATES**

**JUDGMENT**

    Pursuant to the court's Opinion, filed September 16, 2016, and Order, filed April 12, 2017,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered as follows:

- in favor of defendant as to the claims in plaintiff's complaint;

- in favor of plaintiff on defendant's counterclaims for trust fund recovery penalties for the tax periods ending June 30, 2005 and September 30, 2005;

- for defendant on its counterclaims for trust-fund-recovery penalties for the tax periods ending December 31, 2005, March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, March 31, 2007, June 30, 2007, and September 30, 2007. Plaintiff is indebted to the United States for trust-fund recovery penalties (I.R.C. § 6672), assessed interest, and statutory interest, less collections to date in the following amounts:

| Tax Period | Trust-Fund Penalties (Less Collections to Date) | Assessed Interest | Statutory Interest as of 4/11/17 | Total as of 4/11/17 |
|---|---|---|---|---|
| 10/1/2005 - 12/31/2005 | $53,397.40 | $152.35 | $16,222.47 | $69,772.22 |
| 1/1/2006 - 3/31/2006 | $74,104.93 | $211.44 | $22,513.52 | $96,829.89 |
| 4/1/2006 - 6/30/2006 | $97,119.47 | $277.10 | $29,505.57 | $126,902.14 |
| 7/1/2006 - 9/30/2006 | $105,859.37 | $302.04 | $32,160.69 | $138,322.10 |
| 10/1/2006 - 12/31/2006 | $32,734.08 | $93.40 | $9,944.78 | $42,772.26 |
| 1/1/2007 - 3/31/2007 | $129,100.23 | $369.68 | $39,236.92 | $168,706.83 |
| 4/1/2007 - 6/30/2007 | $128,983.47 | $368.02 | $39,185.95 | $168,537.44 |
| 7/1/2007 - 9/30/2007 | $65,645.79 | $187.30 | $19,943.61 | $85,776.70 |

- The total net judgment against Scott B. Gann and for the United States is therefore $897,619.58, as of April 11, 2017. Interest will continue to accrue thereupon pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622 until the liabilities are paid in full.

- Costs to defendant.

                Lisa L. Reyes
                Acting Clerk of Court

**April 17, 2017**       By:  s/ Debra L. Samler

                Deputy Clerk


<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.