# In the United States Court of Federal Claims

Scott B. Gann )
_____ )
 )
_____ )
        Plaintiff(s), )     Case No. 1:10-cv-00359-EGB
 )
v. )     Judge Eric G. Bruggink
 )
THE UNITED STATES, )
 )
        Defendant. )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Scott B. Gann _____ in the
                                    (list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the Judgement _____ entered in this action on
    (describe document being appealed; e.g. final judgment, order)

April 17, 2017 _____.
    (filed date of document being appealed)

_____
(Signature of Appellant of Attorney)
Scott B. Gann
(Printed Name)
4803 Shady Knolls Drive
(Street Address)
Parker, TX 75002
(City, State, ZIP Code)
(214) 624-6123
(Phone Number)

RECEIVED - USCFC
JUN 12 2017